**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-23399-CIV-ALTONAGA/Reid**

**JESSICA ENRIQUEZ**, *et al.*,

      Plaintiffs,

v.

**U.S. DEPARTMENT OF**
**HOMELAND SECURITY**, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for a Preliminary Injunction [ECF No. 3], filed on May 14, 2026.  On May 14, 2026, Plaintiffs filed their Complaint [ECF No. 1], asserting four claims for relief against Defendants.  (*See generally id.*).  Later that day, Plaintiffs filed this Motion, seeking a preliminary injunction.  (*See generally* Mot.).

The Court may issue a preliminary injunction only on notice to the adverse party.  *See* Fed. R. Civ. P. 65(a)(1).  To date, Plaintiffs have not filed proofs of service on Defendants, nor have they indicated that Defendants have received notice of the Complaint or Motion.  (*See generally* Dkt.).  "If [Plaintiff] desires to pursue a motion for preliminary injunction, he must first serve [Defendant] with the [S]ummons, [C]omplaint, and preliminary injunction motion."  *Cooper v. Corrigan*, No. 18-cv-309-J-39MCR, 2018 WL 10563035, at *2 (M.D. Fla. Mar. 15, 2018) (alterations added).

Accordingly, it is

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction **[ECF No. 3]** is **DENIED**.

CASE NO. 26-23399-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 16th day of May, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2