Saman Movassaghi, Esq.
U.S. Immigration Law Counsel
3350 SW 148th Ave., Ste. 110
Miramar, FL 33207
Telephone: (954) 240-1669
Email: saman@fl-ilc.com
Florida Bar No.:  676527
*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JESSICA ENRIQUEZ, ALBERTO SOJO, MARIANO SOJO GONZALEZ, FAIZA SEIF, AMPARO BACALLAO GONZALEZ, and FRANTZ SENATUS <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, <br><br> Defendants. | Case No. 1:26cv23399 |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs hereby move, pursuant to Federal Rule of Civil Procedure 65(a), for a preliminary injunction enjoining Defendants from enforcing Policy Manual PM-602-0192 and PM-602-0194("Benefits Pause Memoranda") and Policy Alert PA-2025-26 ("Negative Factors Policy

1

Alert") to place Plaintiffs' benefits applications in an adjudicative hold or to use Plaintiffs' national origin as a negative factor in the adjudication of any discretionary benefit request.

Respectfully submitted this 8th day of June, 2026,

Respectfully Submitted,

Saman Movassaghi, Esq.
*Attorney for Plaintiffs*
Florida Bar No. 676527
U.S. Immigration Law Counsel
3350 SW 148th Ave., Ste. 110
Miramar, FL 33207
Telephone: (954) 240-1669
Email: saman@fl-ilc.com

## CERTIFICATE OF SERVICE

I, Saman Movassaghi, Esq. do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 2026

Respectfully Submitted,

Saman Movassaghi, Esq.
*Attorney for Plaintiffs*

2