**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-23399-CIV-ALTONAGA/Reid**

**JESSICA ENRIQUEZ**, *et al.*,

     Plaintiffs,

v.

**U.S. DEPARTMENT OF**
**HOMELAND SECURITY**, *et al.*,

     Defendants.

_____/

**ORDER**

     **THIS CAUSE** came before the Court *sua sponte*.  All Defendants appear to have been served in this case.   (*See* Notice of Filing Proof of Service [ECF No. 8]).  To better manage the orderly progress of the case, it is

     **ORDERED** that Defendants shall submit a single combined response or separate answers within the time permitted by the Rules.

     **DONE AND ORDERED** in Miami, Florida, this 10th day of June, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record